IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
| | : | NO. 10-1490 |
| v. | : | |
| | : | CVB Citation Nos.: |
| | : | 2157798 - Possession of Drugs |
| IAN L. MAUGHAN | : | 2157794 - Sanitation Violation |
| | : | 2157795 - Closure Violation |
| | : | 1128626 - Illegal Fire |
| | : | 2157797 - Illegal Camping |
| | : | 2157800 - False Identification |
| | : | 2157790 - Possession of Alcohol |
| | : | 1128628 - Use of a Weapon |

**ORDER**

AND NOW, to wit, this 11TH day of October, 2011, following a hearing in the above-captioned matters, which was held on September 23, 2011, IT IS HEREBY ORDERED that:

1. Defendant entered a Guilty Plea to each of the above citations;

2. The defendant is HEREBY ORDERED to pay a fine of Two Thousand ($2,000.00) Dollars, total on the eight (8) offenses to which he has pled Guilty;

3. Defendant is ORDERED to complete Two Hundred (200) hours of community service, not at Valley Forge National Historical Park. Defendant shall complete this community service within one year of the date of the hearing on these matters. This community service shall be supervised by Pretrial Services.

4. Upon Defendant's completion of community service and payment in full of the assessed fine, Pretrial Services is HEREBY DIRECTED to forward a report to the Court.

IT IS FURTHER ORDERED that Defendant shall immediately forfeit to Valley Forge National Historical Park, the two weapons cited in violation No. 1128628.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE